APPEAL No. 76-122. STATE *v.* ANTHONY FIORE *et al.* Motion of State to dismiss defendant's appeal granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Salvatore L. Romano, Jr., Harvey Brower, Charles Butterfield,* for defendants.

APPEAL No. 76-130. HILTON ROSEN *et al. v.* JAIME RESTREPO, *Tax Assessor of the Town of Lincoln.* Motion of defendant for an extension of time to file his brief denied as being moot. Motion of plaintiffs for special assignment denied. Motion to consolidate this case with the case of *Rosen et al. v. Restrepo et al.,* No. 76-256-M.P. denied. *Oster, Espo, Fay & Gross, George M. Prescott,* for plaintiffs. *John Quattrocchi III,* Town Solicitor, for defendant.

APPEAL No. 76-140. ROSE CAPRIO *v.* NICOLA CAPRIO. Motion of plaintiff to dismiss for failure to file a brief granted unless the defendant files his brief on or before October 30, 1976. Bevilacqua, C.J. did not participate. *Higgins, Cavanagh & Cooney, Gerald Demaria,* for plaintiff. *Anthony DeSimone,* for defendant.

APPEAL No. 76-167. DELORES C. WILSON *v.* MARION O. WILSON. Motion of defendant to consolidate denied as being moot. The defendant's motion for extension of time to file his brief denied as being moot. The stay previously granted by this court is to continue in full force and effect. *Aisenberg and Dworkin, Thomas H. Quinn, Jr.,* for plaintiff. *Levy, Goodman, Semonoff & Gorin, Anthony F. Muri,* for defendant.

APPEAL No. 76-277. JUDITH PEREL *v.* MORTON PEREL. Motion of respondent for a stay of Family Court proceedings denied as being moot. *Pucci & Goldin, Samuel A. Olevson,* for respondent.

APPEAL No. 76-295. HARRY MOREIN *v.* ARLINE R. GUADAGNO. Motion of plaintiff to dismiss the appeal for failure to comply with Rule 3 of this Court is assigned for oral argument on October 13, 1976 at 9:30 a.m. *Leonard A. Kamaras,* for plaintiff. *Joseph A. Capineri,* for defendant.